```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0103--CR (RRB)
                            "USA V LATONYA STUCKEY"
                            DEF 1.1 STUCKEY, LATONYA

              Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:
              Filed: 10/21/05
             Closed: NO
 No. of Defendants: 1
     MJ Case Number:
                AKA:
    Location status: U.S. Custody
         Trial date:
         Terminated: NO
  Needs interpreter: NO
  Counsel of record: Herbert A. Viergutz
                     Barokas & Martin
                     1029 W. 3rd Avenue, Suite 280
                     Anchorage, AK 99501
                     907-276-8010
                     FAX 907-276-5334
                     Serve: YES
                      Type: Retained
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: James A. Goeke
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


 Counts re: DEF 1.1 STUCKEY, LATONYA

 Document           Count    Citation and Description                         Disposition

    1 -   1 INF       1      21:846 & 841(a)(1)(b)(1)(B) DRUG CONSPIRACY (F)   Pending
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A05-0103--CR (RRB)
                                "USA V LATONYA STUCKEY"

                                    For all filing dates
```

  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
             Filed: 10/21/05
            Closed: NO
No. of Defendants: 1

```
Document #   Filed      Docket text

     1 -  1  10/21/05   [Re: DEF 1] PLF 1 Information.

     2 -  1  10/21/05   {SEALED}

     3 -  1  10/21/05   {SEALED}

     7 -  1  10/24/05   {SEALED}

     4 -  1  10/25/05   {SEALED}

     5 -  1  10/25/05   [Re: DEF 1] Waiver of indictment.

     6 -  1  10/25/05   [Re: DEF 1] RRB Order of Detention Pending Trial.  cc: USA, H. Viergutz,
                        USM, USPO
```