LAW OFFICE OF
HERBERT A. VIERGUTZ, P.C.
1029 West Third, Suite 280
Anchorage, AK 99501
Phone:  (907) 276-8010
Fax:  (907) 276-5334

Attorney for Latonya Stuckey

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | |
| BYRON WILLIAMS, a/k/a "Felipe", "Felipae" and LATONYA STUCKEY, | |
| Defendant. | Case No. 3:05-cr-00103-RRB |

**MOTION TO VACATE AND RESCHEDULE SENTENCING DATE**

COMES NOW counsel for Defendant, Latonya Stuckey, by and through counsel of record,  The Law Office of Herbert A, Viergutz, P.C., and herein moves to vacate the sentencing date scheduled for May 11, 2006, and reschedule the same for the second week in July, 2006.  This Motion is supported by Affidavit of Counsel.

Dated this 12th day of April, 2006.

/s Herbert A. Viergutz
_____
Law Office of Herbert A. Viergutz
1029 West Third, Suite 280
Anchorage, AK 99501
Phone:  (907) 276-8010 Facsimile:  (907) 276-5334
barmar@gci.net
Alaska Bar No. 8506088

1

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of this document was served by electronic notification on this 12th day of April, 2006, to:

U.S. Attorney
Office of The U.S. Attorney
222 West 7th Avenue, No. 9  - Room 253
Anchorage, AK 99513-7567

/s Herbert A. Viergutz