LAW OFFICE OF
HERBERT A. VIERGUTZ, P.C.
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Fax: (907) 276-5334

Attorney for Latonya Stuckey

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>BYRON WILLIAMS, a/k/a "Felipe", "Felipae" and LATONYA STUCKEY,<br><br>      Defendant. | Case No. 3:05-cr-00103-RRB |

**ORDER**

    IT IS HEREBY Ordered, Adjudged and Decreed that the Sentencing of Latonya Stuckey set for May 11, 2006 is vacated and rescheduled for the \_\_\_\_ day of July, 2006, at \_\_\_\_ o'clock, \_\_\_.m.

    Dated this \_\_\_\_\_ day of _____, 2006.

                                                  _____
                                                  Judge of U.S. District Court

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of this document
was served by electronic notification on this 12th
day of April, 2006, to:

U.S. Attorney
Office of The U.S. Attorney

1

222 West 7th Avenue, No. 9  - Room 253
Anchorage, AK 99513-7567

/s Herbert A. Viergutz