LAW OFFICE OF
HERBERT A. VIERGUTZ, P.C.
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Fax: (907) 276-5334

Attorney for Latonya Stuckey

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>BYRON WILLIAMS, a/k/a "Felipe", "Felipae" and LATONYA STUCKEY,<br><br>  Defendant. | Case No. 3:05-cr-00103-RRB |
|---|---|

**AFFIDAVIT OF COUNSEL**

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

　　　Herbert A. Viergutz, being first duly sworn upon oath, deposes and states as follows:

1.　　I am counsel of record for Defendant in the above captioned action.

2.　　The Sentencing of Defendant is presently scheduled for May 11, 2006. However, the Trial of Mr. Williams and other Defendants is not set to occur until late June, according to the understanding of the undersigned. As a result, counsel for Defendant requests the Court to vacate the May 11, 2006 sentencing date and reschedule same for the second

1

week in July, 2006, as the undersigned will be unavailable the first week of July, and will be departing the country on July 19, and not returning until August 16, 2006.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated this _____ day of April, 2006.

_____
Herbert A. Viergutz, Alaska Bar No. 8506088

SUBSCRIBED AND SWORN TO before me this ____ day of April, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: _____

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of this document
was served by electronic notification on this 12th
day of April, 2006, to:

U.S. Attorney
Office of The U.S. Attorney
222 West 7th Avenue, No. 9 - Room 253
Anchorage, AK 99513-7567

/s Herbert A. Viergutz