week in July, 2006, as the undersigned will be unavailable the first week of July, and will be departing the country on July 19, and not returning until August 16, 2006.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated this 12 day of April, 2006.

_____
Herbert A. Viergutz, Alaska Bar No. 8506088

SUBSCRIBED AND SWORN TO before me this 12 day of April, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 11-17-06



**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of this document was served by electronic notification on this 12th day of April, 2006, to:

U.S. Attorney
Office of The U.S. Attorney
222 West 7th Avenue, No. 9 - Room 253
Anchorage, AK 99513-7567

/s Herbert A. Viergutz