DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov
MA Bar No. 649320

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:03-cr-00103-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE** |
| vs. | ) | |
| | ) | |
| LATONYA STUCKEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, by and through

Frank V. Russo, Assistant U.S. Attorney, and hereby enters a substitution of

counsel on behalf of the United States of America.

All further pleadings and correspondence, etc. shall be sent to the following address:

> Frank V. Russo
> Assistant U.S. Attorney
> 222 West 7th Avenue, Room 253, #9
> Anchorage, AK  99513-7567
> (907) 271-5071
> Fax: (907) 271-1500
> E-mail: frank.russo@usdoj.gov

RESPECTFULLY SUBMITTED on this 13th day of April, 2006, in Anchorage, Alaska.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/Frank V. Russo
> Assistant U.S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-3383
> Fax: (907) 271-1500
> E-mail: frank.russo@usdoj.gov
> MA Bar No.  649320

**CERTIFICATE OF SERVICE**
I hereby certify that on April 13, 2006
a copy of the foregoing NOTICE OF
APPEARANCE  was served
via electronically to:

Herbert A. Viergutz

s/ Frank V. Russo