LAW OFFICE OF
HERBERT A. VIERGUTZ, P.C.
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Fax: (907) 276-5334

Attorney for Latonya Stuckey

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BYRON WILLIAMS, a/k/a "Felipe", "Felipae" and LATONYA STUCKEY,<br><br>    Defendant. | <br><br><br><br><br><br><br><br>Case No. 3:05-cr-00103-RRB |

## ORDER

IT IS HEREBY Ordered, Adjudged and Decreed that the Sentencing of Latonya Stuckey set for May 11, 2006 is vacated and rescheduled for the _14_ day of July, 2006, at _9:30_ o'clock, _a_ .m.

Dated this __1__ day of _May_ , 2006.

_____
Judge of U.S. District Court