LAW OFFICE OF
HERBERT A. VIERGUTZ, P.C.
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Fax: (907) 276-5334

Attorney for Latonya Stuckey

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BYRON WILLIAMS, a/k/a "Felipe", "Felipae" and LATONYA STUCKEY,<br><br>    Defendant. | Case No. 3:05-cr-00103-RRB |
|---|---|

### NOTICE OF FILING DEFENDANT'S ADDITIONAL INFORMATIVE MATERIALS

### SUPPLEMENTING PRESENTANCING INVESTIGATION REPORT

COMES NOW the Defendant, Latonya Stuckey, by and through counsel of record, The Law Office of Herbert A, Viergutz, P.C., and herein files materials which augment and supplement the Presentance Investigation Report, not previously provided to the undersigned, and received from Defendant May 25, 2006.

Dated this 30th day of May, 2006.

/s Herbert A. Viergutz
_____
Law Office of Herbert A. Viergutz
1029 West Third, Suite 280
Anchorage, AK 99501

1

Phone: (907) 276-8010 Facsimile: (907) 276-5334
barmar@gci.net
Alaska Bar No. 8506088

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of this document was served by electronic notification on this 30th day of May, 2006, to:

U.S. Attorney
Office of The U.S. Attorney
222 West 7th Avenue, No. 9  - Room 253
Anchorage, AK 99513-7567

/s Herbert A. Viergutz

2