DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No.  3:05-cr-00103-RRB |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **NOTICE TO DISCONTINUE** |
|  | ) | **ELECTRONIC SERVICE** |
| LATONYA STUCKEY | ) | |
| Defendant. | ) | |

COMES NOW Plaintiff United States of America, by and through Deborah M. Smith, Acting United States Attorney for the District of Alaska, and hereby requests the Court no longer electronically serve pleadings in the above-captioned

case on Frank V. Russo, Asst. U.S. Attorney.  Assistant U.S. Attorney Lawrence D. Card is the lead attorney in this matter.

 RESPECTFULLY submitted this 1st day of June, 2006, at Anchorage, Alaska.

          DEBORAH M. SMITH
          Acting United States Attorney

          s/ Frank V. Russo
          Assistant U.S. Attorney
          222 West 7th Ave., #9, Rm. 253
          Anchorage, AK 99513-7567
          Phone: (907) 271-5071
          Fax: (907) 271-1500
          E-mail: frank.russo@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on June 1, 2006
a copy of the foregoing was served
via electronically to:

Herbert A. Viergutz barmar@gci.net

s/ Frank V. Russo