DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-00103-RRB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **NOTICE TO DISCONTINUE** |
| vs. | ) | **ELECTRONIC SERVICE** |
| | ) | |
| LATONYA STUCKEY | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, by and through Lawrence D. Card, Assistant U.S. Attorney, and hereby enters a substitution of counsel on behalf of the United States of America.

All further pleadings and correspondence, etc. shall be sent to the following address:

Lawrence D. Card
Assistant U.S. Attorney
222 West 7th Avenue, Room 253, #9
Anchorage, AK  99513-7567
(907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK Bar No. 8911061

RESPECTFULLY SUBMITTED on this 1st of June, 2006, in Anchorage, Alaska.

                                                  DEBORAH M. SMITH
                                                  Acting United States Attorney

                                                  s/ Lawrence D. Card
                                                  Assistant U.S. Attorney
                                                  222 West 7th Ave., #9, Rm. 253
                                                  Anchorage, AK 99513-7567
                                                  Phone: (907) 271-5071
                                                  Fax: (907) 271-1500
                                                  E-mail: larry.card@usdoj.gov
                                                  Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**
I hereby certify that on June 1, 2006
a copy of the foregoing was served
via electronically to:

Herbert A. Viergutz    barmar@gci.net

s/ Lawrence D. Card