```
              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF ALASKA


                    USA   v.   STUCKEY

DATE:    June 19, 2006    CASE NO.    3:05-CR-0103-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               RESCHEDULING NOTICE
```

Due to a judicial scheduling conflict, the sentencing set for July 14, 2006, is **RESCHEDULED** and will be held on **Thursday, July 13, 2006, at 9:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RESCHEDULING HEARING