UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA   v.   STUCKEY

DATE:   July 10, 2006    CASE NO.   3:05-CR-0103-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING SENTENCING**

---

Due to the unavailability of the U.S. Marshal Service, the sentencing in this matter, presently scheduled for July 13, 2006, is **rescheduled** and will be held on **Tuesday, July 18, 2006,** at **10:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RESCHEDULING SENTENCING