DEBORAH M. SMITH
Acting United States Attorney

CRANDON RANDELL
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
 e-mail: crandon.randell@usdoj.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-00103-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **UNOPPOSED MOTION ON** |
| | ) | **SHORTENED TIME TO** |
| LATONYA STUCKEY, | ) | **CONTINUE IMPOSITION OF** |
| | ) | **SENTENCE** |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through counsel, and hereby requests that the Court continue the Imposition of Sentence now set for July 18, 2006, at 10:00 a.m.  Government counsel will be out of the district on that date, returning on July 28th.  Since Ms. Stuckey entered into an agreement with the government, and since she testified at trial, the government is of the view that the

trial attorney is the best qualified to conduct the sentencing hearing. Stuckey's attorney, Herbert Viergutz, is in agreement.

Mr. Viergutz has indicated that he will be out of the country from July 19, 2006, until August 17, 2006. Mr. Viergutz has calendaring issues in August, but stated he could be available the afternoon of August 17th, August 18, August 21, August 25, or August 28, 2006.

RESPECTFULLY SUBMITTED this 11th day of July, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Crandon Randell
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: crandon.randell@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on July 11, 2006,
a copy of the foregoing was served
electronically on: Herbert Viergutz

s/ Crandon Randell