IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-00103-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| LATONYA STUCKEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the unopposed motion filed by the United States to continue the Imposition of Sentence Hearing in this case, IT IS HEREBY ORDERED that the Sentencing Hearing presently set for July 18, is VACATED and CONTINUED to _____, ___, 2006, at _____ __. m.

IT IS SO ORDERED.

DATED this ____ day of July, 2006, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE